RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 17 2018

JAMES N. HATTEN, Clerk
By: BR  Deputy Clerk

# IN UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORIGIA

## ATLANTA DIVISION

**Elizabeth Martin**

Petitioner

VS.

Chase Village LLC Chase DBA Village Apts

PDQ Service Inc

Respondant

FEDERAL NO.

**1:18-CV-4354**

STATE MAGISTRATE COURT

CASE NO. 2018cm2669

## NOTICE OF REMOVAL and FEDERAL STAY OF EVICTION PURSUANT TO 28 U.S.C.A. 1446(D)

TO:

You are hereby notified of the filing of a Petition for removal in the United States District Court for the Northern District of Georgia, Atlanta Division of the above stated case from the Magistrate Court Clayton in accordance with the provisions of 28 USCA 1446 Judiciary and Procedure.

The proceedings occurring in violation of the, 15 USC 1692(A), and the Fourteenth Amendment of the U.S. Constitution Pursuant to the provisions of section 28 USCA 1446(d) the Magistrate Court shall not proceed with any judicial proceedings against the of the petitioner until this case is remanded or so ordered from the United States District Court.

*Elizabeth Martin*

Petitioner

Pro se


Receipt is hereby acknowledged of the foregoing written notice and of filing the petition for removal.


Cc


Clerk of the Magistrate Court of Clayton County

**MAGISTRATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**
**DISPOSSESSORY PROCEEDING**

EFILED
CLAYTON COUNTY, GA
8/14/2018 1:34 PM
Jacqueline D. Wills
CLERK MAGISTRATE COURT

Chase Village LLC DBA Chase Village Apts

Plaintiff: PDQ Services, Inc.
P. O. Box 2109
Woodstock, GA 30188-1374
(770) 960-9437

vs

**CASE NUMBER**
**2018CM21669**

Defendant: Elizabeth Martin and All Other Occupants
1505 Chase Village Drive
Jonesboro, GA 30236

941549-7897

1. Defendant is in possession as tenant of premises at the address in Clayton County as stated.
2. Affiant is the ( ) Owner, ( ) Attorney, ( XXX ) Agent, ( ) Lessee of the owner of said premises.
3. Defendant Fails To Pay Rent Which Is Now Past Due
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

**WHEREFORE, Plaintiff DEMANDS:**

(a) possession of the premises.
(b) past due rent of $849.95 for the period beginning Wednesday, August 01, 2018
(c) rent accruing up to the date of judgment or vacancy at the rate of $28.33 per day.
(d) Other: Court costs of: $75.00 late fees of: $100.00 plus

**Balance Summary**
Past Due Rent: $849.95
Late Fee: $100
Utilities: $0
Warrant Fee: $0
Other Fees: $
Bal Due: $949
Plus Court C

By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.

Electronically signed and dated This 14 day of August, 2018.

Affiant: Ieshia Williams-Bryant    Agent, Chase Village LLC DBA Chase Village Apts

**TO THE SHERIFF OF CLAYTON COUNTY OR HIS LAWFUL DEPUTIES    SUMMONS**

GREETINGS: The defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court, Clayton County, Jonesboro, Georgia on or before the (7th) day after the date of service of the within affidavit and summons. EACH defendant is to file an answer in his or her own name. If such an answer is not made, a Writ of Possession and/or Judgment may issue as provided by law.

WITNESS the Honorable Wanda L. Dallas, Chief Judge of said Court.

DATE: Toie Lewis 8/14/2018 1:34 PM

—— Deputy Clerk

**SHERIFF'S ENTRY OF SERVICE**

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of same: ( ) Personally ( ) N (name)_____ (✓) By posting a copy to the door of the premises and depositing a c U. S. Mail, First Class in an envelope properly addressed, with adequate postage thereon, said copy containing notice to the D to answer at the place stated in said summons.

DATE OF SERVICE  8/23/18    WALTERS 2042

**IMPORTANT NOTICE**

Pursuant to Official Code of Georgia, Section 44-7-55(c) any writ of possession issued pursuant to this article shall authorize the removal of ... property or both from the premises and permit placement of such personal property on some portion of the landlord's property ... of the writ, such property shall be regarded as abandoned. ... Clayton County, Georgia, Section 82-91 et. seq if such property is not removed from the landlord's property within ... execution of the writ of possession, and if the property otherwise is in violation of the county code, a citation for violation ... against the plaintiff, plaintiff's attorney, or plaintiff's authorized agent who signs the affidavit for the writ of possession

**WRIT OF POSSESSION**

## VERIFICATION

(Affidavit)

The undersigned Affiant by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I do not have an attorney, legal advisor, paralegal or typist to represent me in this case. Also that the contents are true, correct and not misleading to the best of her knowledge.

*Elizabeth McIntan*

Petitioner

Pro se

**CERTIFICATE OF SERVICE**

I certify that this pleading was served by US Mail of with adequate postage there upon the

Appellee by mailing a true copy to the Plaintiff:

This _____ Day of _____ 2018

_____
Appellant